(January 13, 1939.)

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of MORRIS RAPPOPORT, an Attorney and Counselor at Law, Respondent.— Respondent disbarred and his name ordered to be struck from the roll of attorneys. By his misconduct respondent has laid himself open to a charge of conversion of trust funds, to defend himself against which there is only his own word. He failed to call the individual to whom he blindly turned over duties which belonged to himself. The learned official referee has found in favor of respondent in respect to the charge of larceny. Conceding the correctness of that finding, and stating the case most favorably for respondent, it clearly appears that he, an officer and appointee of the court, showed a cold and reckless indifference to, and wanton lack of concern for, the responsibility of the trust duties placed upon him by order of the court, followed by a persistent and inexcusable disregard for mandatory orders of the court. Respondent has demonstrated unfitness for the office which he holds, and must be disbarred. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

EQUITABLE PAPER BAG Co., INC., Respondent, v. FREDERICK L. SMITH, Appellant. (Appeal No. 1.) — Appeal by the defendant from an order resettling an order which grants in part plaintiff's motion for examination of defendant before trial as an adverse party. Order, in so far as appealed from, affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

EQUITABLE PAPER BAG Co., INC., Respondent, v. FREDERICK L. SMITH, Appellant. (Appeal No. 2.) — Order resettling an order which denied the motion of defendant for judgment on the pleadings in favor of the defendant affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

In the Matter of the Application of the YONKERS NATIONAL BANK AND TRUST COMPANY, as Committee of the Property of THOMAS J. BRENNAN, an Incompetent Person, to Dispose of Certain Assets. FRANK T. HINES, Administrator of Veterans' Affairs, Appellant; YONKERS NATIONAL BANK AND TRUST COMPANY, Committee of the Property of THOMAS J. BRENNAN, an Incompetent Person, Respondent.— Order denying motion of the Veterans' Administration to vacate and set aside an order authorizing the sale of a mortgage certificate upon condition affirmed, without costs. In purchasing a mortgage participation certificate issued by it on behalf of the estate of an incompetent veteran for which it was committee, which certificate represented participation in one or more subordinate mortgages, the Westchester Trust Company manifestly made an illegal and improper investment which might properly have been the subject of surcharge. But the Veterans' Administration consented to the settlement of that committee's accounts. The present committee was in no way responsible for the questionable status of the mortgage certificate, and, in view of that factor and the other circumstances involving defaults in payment of interest and taxes since 1934, there is a sound basis for the exercise of discretion in authorizing the acceptance of money to the extent of one-half of the face value of the certificate. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

In the Matter of the Estate of FRANK R. BRINCKERHOFF, Deceased. ALZA BRINCKERHOFF BLACKBURN, Administratrix, etc., of FRANK R. BRINCKERHOFF,